Bethany W. Kristovich (SBN 241891)
bethany.kristovich@mto.com
Daniel B. Levin (SBN 226044)
daniel.levin@mto.com
Juliana M. Yee (SBN 304564)
juliana.yee@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702

*Attorneys for Defendant ByHeart, Inc.*

Trevor Quirk (SBN 241626)
tmq@qlflaw.com
**QUIRK LAW FIRM, LLP**
877 S Victoria Ave, Suite 111
Ventura, CA 93003
Telephone: (805) 650-7778
Fax: (866) 728-7721

William D. Marler (*Pro Hac Vice* Forthcoming)
bmarler@marlerclark.com
**MARLER CLARK, INC., P.S.**
180 Olympic Drive S.E.
Bainbridge Island, Washington 98110
Telephone: (206) 346-1888
Fax: (206) 346-1989

*Attorneys for Plaintiffs Anthony Barbera and Thalia Flores, on behalf of A.B. Minor*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARBERA and THALIA FLORES, on behalf of A.B. MINOR,<br><br>Plaintiff,<br><br>vs.<br><br>BYHEART, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-03339-CKD<br><br>[PROPOSED] **ORDER APPROVING EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: November 18, 2025<br>Judge:    Hon. Carolyn K. Delaney |

1 [Proposed] Order

2   After considering Plaintiffs' and Defendant's Joint Stipulation to Extend Time to Respond

3 to Complaint, the Court grants the request.  Defendant's deadline to respond to Plaintiffs'

4 Complaint is February 5, 2026.

5 Dated: December 15, 2025

6 _____
CAROLYN K. DELANEY
7 UNITED STATES MAGISTRATE JUDGE

11 8 barb25cv3339.stip.eot